| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| BRUCE C. TRUESDALE, P.C.<br>147 Union Avenue - Suite 1E<br>Middlesex, NJ  08846<br>By: Bruce C. Truesdale, P.C. (BT 0928)<br>Phone:  732-302-9600<br>Fax: 732-302-9066<br>Attorney for the Debtor[s] | |
| In Re:<br><br>RAFAEL A. QUINTANNILLA<br>JUDY QUINTANILLA | Case No.: 17-33687<br><br>Chapter: 13<br><br>Judge: MBK |

Order Filed on October 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 29, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale, Esq_____, the applicant, is allowed a fee of $ _____337.50_____ for services rendered and expenses in the amount of $_____24.96_____ for a total of $_____362.46_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 17-33687-MBK
Rafael A. Quintanilla                                                                            Chapter 13
Judy Quintanilla
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 2
Date Rcvd: Oct 29, 2021              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

**Recip ID**           **Recipient Name and Address**
db/jdb                + Rafael A. Quintanilla, Judy Quintanilla, 48 Sand Hill Road, Jamesburg, NJ 08831-1162

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Albert Russo
                    docs@russotrustee.com

Aleisha Candace Jennings
                    on behalf of Creditor LoanCare  LLC ajennings@raslg.com

Bruce C. Truesdale
                    on behalf of Joint Debtor Judy Quintanilla brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Bruce C. Truesdale
                    on behalf of Debtor Rafael A. Quintanilla brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
                    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 29, 2021 Form ID: pdf903 Total Noticed: 1

on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7