| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>JUDY QUINTANILLA |

Case No.: _____17-33687_____

Chapter: _____13_____

Judge: _____MBK_____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Judy Quintanilla_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __11/07/2022__         /s/ Judy Quintanilla
                              Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev.6/16/17*