Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−33687−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rafael A. Quintanilla
48 Sand Hill Road
Jamesburg, NJ 08831

Judy Quintanilla
48 Sand Hill Road
Jamesburg, NJ 08831

Social Security No.:
   xxx−xx−9294                                                                 xxx−xx−8838

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 6, 2023

Michael B. Kaplan
Judge, United States Bankruptcy Court